MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Matthew Duhamel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MATTHEW DUHAMEL,<br>Defendant | Case No.: CR-10-00003-MEJ<br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PROBATION CONDITIONS** |

The parties hereby stipulate and move this Court to enter an order allowing defendant Matthew Duhamel, who is currently an undergraduate student at Stanford University, to travel to the Republic of China to study for a semester abroad. He will be studying at Peking University for the fall semester 2012 (September – December 2012).

Mr. Duhamel is currently on probation for driving under the influence. This Court entered its judgment and commitment order on September 3, 2012. He has had no violations during his more than a year of supervision.

His supervising probation officer does not object to this request.

Dated:                                          Respectfully Submitted,

                                                RAMSEY & EHRLICH LLP

                                                //s//

                                                ISMAIL RAMSEY
                                                ATTORNEY FOR MATTHEW
                                                DUHAMEL


                                                MELINDA L. HAAG
                                                U.S. ATTORNEY

                                                //s//

                                                RANDY LUSKEY
                                                ASSISTANT U.S. ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:

9-17-12

                                                _____
                                                HON. MARIA-ELENA JAMES
                                                U.S. MAGISTRATE JUDGE

Stipulation and [Proposed] Order - 2